(No. 16377.—Cause transferred.)

THE TOWN OF NEWBURG, Appellee, *vs.* ALVA R. FORE-
MAN *et al.* Appellants.

*Opinion filed December 16, 1924.*

FREEHOLD—*a freehold is not involved in proceeding to assess damages for improving highway.* A proceeding under section 133 of the Roads and Bridges act to assess damages for property taken and damaged in the construction of a ditch for the purpose of carrying off waters from a public road does not involve a freehold.

APPEAL from the Circuit Court of Pike county; the Hon. HARRY HIGBEE, Judge, presiding.

CAPPS & WEAVER, for appellants.

WILLIAMS & WILLIAMS, and EDWIN JOHNSTON, for appellee.

Mr. JUSTICE THOMPSON delivered the opinion of the court:

This was a proceeding to assess damages to appellants, the owners of certain lands in the town of Newburg, in Pike county, for property taken and damaged in the construction of a ditch for the purpose of carrying off waters from a public road, the action being brought under section 133 of the Road and Bridge act. Such a proceeding does not involve a freehold, (*Motsinger* v. *Chenoweth,* 308 Ill. 31,) and there is no assignment of error raising a constitutional question or any other question that gives this court jurisdiction of this appeal.

The cause is therefore transferred to the Appellate Court for the Third District.    *Cause transferred.*